IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Criminal Action No. 06-cr-00231-WDM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

EDIL ROBERTO VINDEL-MONTOYA,

      Defendant.

_____

**ORDER**
_____

     The court construes defendant's Notice of Disposition as a motion to change his plea and to have the court consider the terms of the parties' plea agreement.  Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters.  The trial date is vacated.  Counsel shall contact chambers within ten days to set a change of plea hearing.

     DATED at Denver, Colorado, on July 24, 2006.

                           BY THE COURT:


                           s/ Walker D. Miller
                           United States District Judge

PDF FINAL