IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Criminal Action No.  06-cr-00231-WDM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

EDIL ROBERTO VINDEL-MONTOYA,

      Defendant.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

      The following Minute Order is entered by Judge Walker D. Miller:

      Hearing on the supervised release violation will be held **February 1, 2011, at 10:00 a.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.


Dated:  November 18, 2010

                                                    s/ Jane Trexler, Judicial Assistant