Case 1:06-cr-00231-LTB   Document 81   Filed 02/23/11   USDC Colorado   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Criminal Action No. 06-cr-0231-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. EDIL ROBERTO VINDEL MONTOYA,

    Defendant.

_____

**ORDER**
_____

    This matter is before me on the Defendant's Motion to Transfer Case to the Honorable Lewis T. Babcock since he is the assigned judge in Case No. 10-cr-523-LTD involving this defendant. With the consent of Judge Babcock and the approval of Chief Judge Wiley Y. Daniel, this case is reassigned to Judge Babcock pursuant to D.C.COLO.LCrR 50.1A.

    DATED at Denver, Colorado, on February 23, 2011.

                                                                  BY THE COURT:

                                                                   s/ Walker D. Miller
                                                                   United States Senior District Judge